Steven L. Burlingham (counsel for service)
Cal. Bar No. 88554
Gary, Till, Burlingham,
& Lynch Law Partnership
1380 Lead Hill Blvd. Suite 200
Roseville, CA 95661
Telephone: 916-900-1336

Milton L. Chappell (*pro hac vice* to be filed)
D.C. Bar No. 936153
Jeffrey D. Jennings (*pro hac vice* to be filed)
V.A. Bar No. 87667
c/o National Right to Work Legal Defense
Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, VA 22160
Telephone: (703) 321-8510

*Counsel for Plaintiff and Proposed Class*

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| WILLIAM D. BRICE<br><br>        Plaintiff,<br><br>v.<br><br>CALIFORNIA FACULTY ASSOCIATION<br><br>        Defendant. | Civil Action No.: _____<br><br>**NOTICE OF CLAIM OF UNCONSTITUTIONALITY** |

**PLAINTIFF'S NOTICE OF CLAIM OF UNCONSTITUTIONALITY**

According to Federal Rule of Civil Procedure 5.1, Plaintiff files this Notice of Claim of Unconstitutionality. In this case, Plaintiff challenges the constitutionality of the Higher Education Employee Relations Act § 3583.5, Cal. Gov. Code § 3583.5, and all related state laws that require him to pay union fees to Defendant. Plaintiff's complaint alleges that these laws

violate the First and Fourteenth Amendments to the U.S. Constitution.

Dated: November 29, 2018                    Respectfully submitted,

/s/ Steven L. Burlingham
Steven L. Burlingham (counsel for service)
Cal. Bar No. 88554
Gary, Till, Burlingham,
& Lynch Law Partnership
1380 Lead Hill Blvd. Suite 200
Roseville, CA 95661
Telephone: 916-900-1336

Milton L. Chappell (pro hac vice to be filed)
D.C. Bar No. 936153
Jeffrey D. Jennings (pro hac vice to be filed)
V.A. Bar No. 87667
c/o National Right to Work
Legal Defense Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, VA  22160
Telephone: (703) 321-8510

*Counsel for Plaintiff and Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that I will serve this Notice on the Defendant at the time the complaint and summons are served.

According to Federal Rule of Civil Procedure 5.1, I further certify that I sent this Notice on November 30, 2018, via certified mail to the California Attorney General at the address below:

        Office of the Attorney General
        1300 "I" Street
        Sacramento, CA 95814-2919

/s/ Steven L. Burlingham
Cal. Bar No. 88554 (counsel for service)
Gary, Till, Burlingham,
& Lynch Law Partnership
1380 Lead Hill Blvd. Suite 200
Roseville, CA 95661
Telephone: 916-900-1336