**SMITH & MYERS LLP**
THOMAS MYERS (CA SBN 120674)
Email : myers@smithmyerslaw.com
800 Wilshire Boulevard, Suite 800
Los Angeles, California 90017
Telephone:  (213) 613-2380
Facsimile:  (213) 613-2395

Milton L. Chappell (*pro hac vice* application pending)
Email : mlc@nrtw.org
Jeffrey D. Jennings (*pro hac vice* application pending)
Email : jdj@nrtw.org
c/o National Right to Work Legal Defense Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia 22160
Telephone: (703) 321-8510
Facsimile: (703) 321-9319

Attorneys for Plaintiff William D. Brice and Proposed Class

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM D. BRICE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CALIFORNIA CASUALTY ASSOCIATION,<br><br>　　　　　Defendant. | Civil Action No: 2:19-cv-04095-JLS-DFM<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF WILLIAM D. BRICE** |

1     Thomas Myers of Smith & Myers LLP enters his appearance on behalf of
2 Plaintiff William D. Brice in the above captioned matter.

                               SMITH & MYERS LLP

                By:     /s/ Thomas Myers
                               Thomas Myers

                Attorneys for Plaintiff William D. Brice
                and Proposed Class

SMITH & MYERS LLP
800 Wilshire Boulevard, Suite 800
Los Angeles, California 90017
Tel: (213) 613-2380 Fax: (213) 613-2395

## CERTIFICATE OF SERVICE

I further certify that on May 22, 2019, a copy of the foregoing Notice of Interested Parties was filed electronically in this case and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

SMITH & MYERS LLP

By: _____/s/ Thomas Myers_____
　　　　　　Thomas Myers

Attorneys for Plaintiff William D. Brice
and Proposed Class