JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:19-cv-04095-JLS-DFM                    Date:  September 10, 2019
Title: William D. Brice v. California Faculty Association

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

|  Terry Guerrero  |  N/A  |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                              Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER GRANTING DEFENDANT'S MOTION TO DISMISS (Doc. 52)**

Before the Court is Defendant's Motion to Dismiss.  (Mot., Doc. 52.)  The parties recognize that the issues presented by this case are indistinguishable from those the Court addressed in *Babb v. California Teachers Association*, 2019 WL 2022222 (C.D. Cal. May 8, 2019).  (*See* Mot. at 1-2; Opp. at 2, Doc. 53; Reply at 1, Doc. 55.)  The Court agrees.

Accordingly, for the same reasons stated in the Court's order in *Babb*, the Court GRANTS Defendant's Motion to Dismiss.

Initials of Preparer:  tg