UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

William D. Brice,

              Plaintiff,

        v.

California Faculty Association,

          Defendant.

Case No. 2:19-cv-04095-JLS-DFM

**JUDGMENT**

Judge:  The Hon. Josephine L. Staton

# JUDGMENT

Pursuant to the Court's September 10, 2019 Order Granting Defendant's Motion to Dismiss (Doc. 56),

IT IS HEREBY ADJUDGED that Plaintiff's claims are dismissed with prejudice, and JUDGMENT IS HEREBY ENTERED in favor of Defendant California Faculty Association, and against Plaintiff William D. Brice.

DATED:  September 13, 2019

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE